| | |
|---|---|
| **From:** | John Reichmeier |
| **To:** | haneyjackson13@gmail.com |
| **Subject:** | Crypto |
| **Date:** | Monday, December 18, 2017 12:27:38 PM |
| **Attachments:** | Crypto.xlsx |

# EXHIBIT 4

## Crypto Returns 12/18/2017

| Name | Date Added | Dollar Amount | Current Value | % of Fund | Profit To Date | % Return |
|------|------------|---------------|---------------|-----------|----------------|----------|
| JR | 8/1/2017 | $2,350.00 | $6,500 | 0.075843319 | $4,150.00 | 177% |
| MR | 8/1/2017 | $1,100.00 | $3,042 | 0.035494673 | $1,942.00 | 177% |
| MR | 8/1/2017 | $700.00 | $1,936 | 0.022589641 | $1,236.00 | 177% |
| QD | 9/7/2017 | $600.00 | $4,645 | 0.054198803 | $3,745.00 | 624% |
|    | 10/3/2017 | $300.00 | | | | |
| DC | 10/23/2017 | $600.00 | $1,500 | 0.017502304 | $900.00 | 150% |
| CH | 12/4/2017 | $1,024.00 | $2,300 | 0.026836867 | $1,276.00 | 125% |
| AH | 12/8/2017 | $3,000.00 | $7,500 | 0.087511522 | $1,500.00 | 50% |
|    | 12/11/2017 | $3,000.00 | | | | |
| JH | 12/6/2017 | $4,880.00 | $7,380 | 0.086111338 | $2,500.00 | 51% |
| AB | 12/8/2017 | $3,260.00 | $4,500 | 0.052506913 | $1,240.00 | 38% |
| RK | 12/14/2017 | $40,000.00 | $42,000 | 0.490064525 | $2,000.00 | 5% |
| MM | 12/17/2017 | $2,000.00 | $2,300 | 0.026836867 | $300.00 | 15% |
| KW | 12/10/2017 | $1,000.00 | $1,100 | 0.012835023 | $100.00 | 10% |
| RP | 12/18/2017 | $1,000.00 | $1,000 | 0.011668203 | $0.00 | 0% |
|    |            | **$64,814.00** | | **1.000** | | |

**Total Fund Value =**     **$85,703**