# Deposit History

**Player: John Reichmeier**
**From: 01/01/2018**
**To: 07/25/2018**

| Date | Operation | Method | Amount |
|---|---|---|---|
| Wed May 30 10:05:58 EDT 2018 | Deposit | Bitcoin | $ 2,000.00 |
| Tue May 29 09:13:38 EDT 2018 | Deposit | Bitcoin | $ 350.00 |
| Mon May 28 20:47:51 EDT 2018 | Deposit | Bitcoin | $ 140.00 |
| Mon May 28 16:10:58 EDT 2018 | Deposit | Bitcoin | $ 150.00 |
| Sun May 27 08:26:09 EDT 2018 | Deposit | Bitcoin | $ 1,000.00 |
| Sat May 26 12:22:31 EDT 2018 | Deposit | Bitcoin | $ 350.00 |
| Sat May 26 10:52:48 EDT 2018 | Deposit | Bitcoin | $ 1,000.00 |
| Sat May 26 09:14:10 EDT 2018 | Deposit | Bitcoin | $ 200.00 |
| Thu May 24 13:20:42 EDT 2018 | Deposit | Bitcoin | $ 380.00 |
| Wed May 23 22:03:38 EDT 2018 | Deposit | Bitcoin | $ 13.75 |
| Wed May 23 16:30:07 EDT 2018 | Deposit | Bitcoin | $ 1,000.00 |
| Wed May 23 16:24:40 EDT 2018 | Deposit | MasterCard | $ 74.13 |
| Wed May 23 13:45:12 EDT 2018 | Deposit | Bitcoin | $ 100.00 |
| Wed May 23 11:20:58 EDT 2018 | Deposit | Bitcoin | $ 1,000.00 |
| Mon May 21 14:53:06 EDT 2018 | Deposit | Bitcoin | $ 50.00 |
| Mon May 21 14:50:23 EDT 2018 | Deposit | Bitcoin | $ 200.00 |
| Mon May 21 10:01:20 EDT 2018 | Deposit | Amex | $ 549.50 |
| Sun May 20 12:28:44 EDT 2018 | Deposit | Bitcoin | $ 200.00 |
| Sat May 19 09:19:03 EDT 2018 | Deposit | Bitcoin | $ 2,500.00 |
| Fri May 18 11:01:59 EDT 2018 | Deposit | Bitcoin | $ 3,500.00 |
| Thu May 17 14:23:05 EDT 2018 | Deposit | Bitcoin | $ 1,500.00 |
| Thu May 17 13:09:57 EDT 2018 | Deposit | Bitcoin | $ 2,500.00 |
| Thu May 17 12:04:42 EDT 2018 | Deposit | Bitcoin | $ 2,500.00 |
| Tue May 15 04:45:21 EDT 2018 | Deposit | Bitcoin | $ 4,000.00 |
| Sat May 12 10:40:54 EDT 2018 | Deposit | Amex | $ 1,099.00 |
| Fri May 11 10:13:35 EDT 2018 | Deposit | Bitcoin | $ 4,000.00 |
| Fri May 11 09:52:39 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Fri May 11 09:44:21 EDT 2018 | Deposit | Amex | $ 1,099.00 |
| Tue May 08 17:35:24 EDT 2018 | Deposit | Amex | $ 1,099.00 |
| Tue May 08 14:56:50 EDT 2018 | Deposit | Amex | $ 1,099.00 |
| Tue May 08 12:39:06 EDT 2018 | Deposit | Bitcoin | $ 4,000.00 |
| Tue May 08 03:00:24 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Thu May 03 14:45:19 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Thu May 03 14:43:58 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Thu May 03 13:29:30 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Wed May 02 13:02:12 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Mon Apr 30 10:40:34 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Sun Apr 29 12:19:06 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Tue Apr 24 12:28:56 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Tue Apr 24 12:02:11 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Mon Apr 23 13:10:11 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Fri Apr 20 10:11:36 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Tue Apr 17 20:04:11 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Wed Apr 11 10:12:29 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Tue Apr 10 12:03:54 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Sat Apr 07 18:22:01 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |
| Mon Apr 02 20:48:36 EDT 2018 | Deposit | Bitcoin | $ 5,000.00 |

**EXHIBIT 14**

| | | | | |
|---|---|---|---|---|
| Sun Apr 01 21:12:09 EDT 2018 | Deposit | Bitcoin | $ | 5,000.00 |
| | | Total: | $ | 127,653.38 |

# Withdrawal History

**Player: John Reichmeier**
**From: 01/01/2018**
**To: 07/25/2018**

| Date | Operation | Method | Amount | |
|---|---|---|---|---|
| Sun May 06 18:16:09 EDT 2018 | Withdrawal | Bitcoin | $ | 9,500.00 |
| | | Total: | $ | 9,500.00 |

From: **Bovada Customer Service** <<service@bovada.lv>>
Date: Tue, Nov 6, 2018 at 8:10 AM
Subject: RE: Re: Request for Confirmation of Balance and Account Disablement <<# ███████
████████████ >>
To: <jreichmeier13@gmail.com>

Hi John,

Thanks for contacting Bovada Customer Service.

We're sorry to hear about the issues regarding your account.

We can confirm that your account was closed on June 15 and had a withdrawable balance of
$0.

We're available to help 24/7 if you need anything else.

Thanks,

Bovada Customer Service
service@bovada.lv

1-888-263-0000

**Refer-A-Friend**

It pays to be social with Bovada's $100 Refer A Friend bonus.