Reichmeier - Transaction Information

EXPENDITURES

| Casino | Gambling Amount | Date |
|---|---|---|
| Argosy | $ 305.99 | 4/30/2018 |
| Argosy | $ 105.99 | 4/30/2018 |
| Hollywood Casino | $ 205.99 | 5/4/2018 |
| Hollywood Casino | $ 305.99 | 5/4/2018 |
| Hollywood Casino | $ 105.99 | 5/4/2018 |
| Argosy | $ 305.99 | 5/21/2018 |
| Argosy | $ 105.99 | 5/21/2018 |
| **Total** | $ 1,441.93 | |

# EXHIBIT 23