**SO ORDERED.**

**SIGNED this 15th day of April, 2020.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**

John W. Reichmeier

Case No. 18-21427-DLS-7

Debtor(s)

Ilene J. Lashinsky, Interim U.S. Trustee
    Plaintiff(s)

vs.                                                                                 Adversary No. 18-6072-DLS

John W. Reichmeier
    Defendant(s)

### NOTICE OF STATUS CONFERENCE

**NOTICE IS HEREBY GIVEN** that a status conference to consider and act upon:

### Complaint to Deny Discharge

will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101 on **June 4, 2020, at 1:45 p.m.**

###